LEVY DAVIS & MAHER, LLP
Attorneys for Defendant Horizon Consulting NY Inc.
Jonathan A. Bernstein
39 Broadway, Suite 1620
New York, New York 10006
(212) 371-0033

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| RUDY J. ZABALA and JOSE FRANCISCO ZABALA, on behalf of themselves and all others similarly situated, | : : : : | 17 Civ. 04944 (SJF)(SIL) |
| Plaintiffs, | : : | |
| - against - | : : | **NOTICE OF APPEARANCE** |
| HORIZON CONSULTING NY INC., BLUE DIAMOND MANAGEMENT, INC., CARLYLE CATERING OF LONG ISLAND, INC., RAVINDER CHOPRA, SHALU SURI, SUSHIL K. GOYAL, MANOJ A. NARANG, RANJU NARANG and NILESH D. PATEL, | : : : : : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Horizon Consulting NY Inc.

Dated: New York, New York
       April 16, 2018

                                      LEVY DAVIS & MAHER, LLP

                                      By: _____/s/_____

                                      Jonathan A. Bernstein
                                      Attorneys for Defendant Horizon Consulting
                                          NY Inc.
                                      39 Broadway, Suite 1620
                                      New York, New York 10006
                                      (212) 371-0033

jbernstein@levydavis.com

To: Matthew J. Blit, Esq.
Russell S. Moriarty, Esq.
Justin S. Clark, Esq.
Levine & Blit, PLLC
350 Fifth Avenue, Suite 4020
New York, New York 10118
(212) 967-3000

Barak P. Cardenas, Esq.
Cardenas Islam & Assocs., P.L.L.C.
175-61 Hillside Avenue, Suite 302
Jamaica, New York 11432
(347) 809-7810
Attorneys for Plaintiffs

Zafar A. Siddiqi, Esq.
11 Broadway, Suite 853
New York, New York 10004
(212) 514-5900
Attorney for Defendants Ravinder Chopra and Shalu Suri

Rashmee Sinha
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, New Jersey 07661
(201) 343-3434
Attorneys for Defendants Sushil K. Goyal, Ranju Narang and Nilesh D. Patel