UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
RUDY J. ZABALA and JOSE FRANCISCO ZABALA, and on behalf of themselves and others similarly situated,
                      Plaintiff,

- against -

HORIZON CONSULTING NY, INC., BLUE DIAMOND MANAGEMENT, RAVINDER CHOPRA, an individual SHALU SURI, an individual, SUSHIL K. GOYAL, an individual, NILESH PATEL, an individual, MANOJ A. NARANG, an individual, and RANJU NARANG, an individual

                      Defendant(s).
-------------------------------------------------------------------------X

No. 17-cv-4944 (SJF)(SIL)

**NOTICE OF MOTION**

## MOTION BY LEVINE & BLIT, PLLC, TO WITHDRAW AS COUNSEL FOR PLAINTIFFS, AND TO FILE SUPPORTING DELCARATIONS UNDER SEAL

Pursuant to New York Rules of Professional Conduct 1.16(c)(8), LEVINE & BLIT, PLLC ("L&B"), including attorneys Russell S. Moriarty, Esq., Justin S. Clark, Esq., and Matthew J. Blit, Esq., moves this Court for an Order granting permission to withdraw as counsel to plaintiffs RUDY J. ZABALA and JOSE FRANCISCO ZABALA.

L&B also respectfully requests that it be permitted to file supporting Declarations under seal, allowing for the Court's *in camera* review, but denying review of the contents by defendants so as not to prejudice plaintiffs in any respect.

Dated: October 2, 2018
       New York, New York

                                                  LEVINE & BLIT, PLLC

                                                 Russell S. Moriarty (RM 0224)

*Attorneys for Plaintiffs*
Empire State Building
350 Fifth Avenue, 40th Floor
New York, New York 10118
Phone: (212)967-3000
Fax: (212)967-3010

To:

Plaintiffs (via First Class Mail)
Cardenas & Islam, co-counsel for plaintiffs (via Email)
All Defendants (via ECF)