## CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 11 2019 ★

DATE: April 11, 2019     TIME: 11:15 a.m.

LONG ISLAND OFFICE

CASE NUMBER:  2:17-cv-04944-SJF-SIL

CASE TITLE:   Zabala et al v. Horizon Consulting NY Inc. et al

PLTFFS ATTY:  No Appearance
              ___ present    ___ not present

DEFTS ATTY:  Humayun Sideiqi
             _X_ present    ___ not present

COURT REPORTER: M Steiger          COURTROOM DEPUTY: BMM
OTHER: _____

_X_ CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO_____.

___ DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER: Defendant makes an oral motion to dismiss which is granted on the record. Case closed.